**SILLS CUMMIS & GROSS P.C.**
S. Jason Teele, Esq.
Daniel J. Harris, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
(973) 643-6500 (Facsimile)

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>US CONSTRUCTION INC., US CONSTRUCTION & DEVELOPMENT LLC, JOHN FARINA, and JOHN DOES 1-10,<br><br>Defendants. | Adv. Pro. No. 22-01230 (JKS) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, National Realty Investment Advisors, LLC, by and through its undersigned counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as made

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

applicable to bankruptcy proceedings by Fed. R. Bankr. P. 7041, hereby files this Notice of Voluntary Dismissal of the above-captioned adversary proceeding without prejudice and without costs.

Dated: August 1, 2022

*/s/ S. Jason Teele*
S. Jason Teele, Esq.
Daniel J. Harris, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
E-Mail: steele@sillscummis.com
dharris@sillscummis.com

*Counsel to the Debtors and Debtors-in-Possession*